IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK HANDEL,** | : CIVIL ACTION NO. 1:19-CV-1606 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CHICAGO BRIDGE AND IRON CORPORATION, MCDERMOTT INTERNATIONAL, INC., CALPINE CORPORATION, CALPINE MID-ATLANTIC OPERATING, LLC, CALPINE MID MERIT, LLC, and BATTAGLIA ELECTRIC, INC.,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 29th day of June, 2020, upon consideration of the court's order (Doc. 10) of October 17, 2019, wherein the court stayed the above-captioned matter based on the report of plaintiff's counsel that plaintiff was recently deceased and that the late plaintiff's family was determining whether to open an estate and pursue this lawsuit, (see Doc. 9), as well as the court's order (Doc. 19) of February 21, 2020, wherein we converted the October stay to an automatic bankruptcy stay under 11 U.S.C. § 362(a) based on the suggestion of bankruptcy (Doc. 18) filed as to defendant McDermott International Inc., and further upon consideration of the parties' joint status report (Doc. 23) dated June 26, 2020, wherein the parties indicate that the late plaintiff's family does not intend to raise an estate to be substituted as plaintiff in this lawsuit under Federal Rule of Civil Procedure

25(a)(1), see FED. R. CIV. P. 25(a)(1), it is hereby ORDERED that the above-captioned action is DISMISSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania